445 A.2d 201

Commonwealth v. Sigafoos, Appellant.

Submitted February 23, 1982. Herbert V. Giobbi, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.